UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-PUBLISHING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-11686 |
| ) | |
| FACEBOOK, INC. and ) | |
| THEFACEBOOK, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RULE 7.1 STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiff Tele-publishing, Inc. states that is has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

TELE-PUBLISHING, INC.,

By its attorneys,

 /s/ Joseph F. Shea
Daniel J. Gleason (BBO# 194900)
Joseph F. Shea (BBO# 555473)
Timothy D. Johnston (BBO# 647894)
Heather B. Repicky (BBO# 663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: October 7, 2009