## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

TELE-PUBLISHING, INC.,

               Plaintiff,

    v.

FACEBOOK, INC. and THEFACEBOOK, LLC,

               Defendants.

**NO. 1:09-cv-11686-DPW**

**JURY TRIAL DEMANDED**

## FACEBOOK INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Facebook, Inc. ("Facebook") states the following:

1.      Facebook is a private corporation; and

2.      Facebook has no parent corporation and no public corporation owns 10 percent or more of Facebook's stock.

DATED:  November 12, 2009

COOLEY GODWARD KRONISH, LLP

/s/ *Richard S. Sanders*
Richard S. Sanders (BBO No. 562014)
   rsanders@cooley.com
COOLEY GODWARD KRONISH LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
rsanders@cooley.com
Tel:  (617) 937-2300
Fax:  (617) 937-2400

OF COUNSEL :

Heidi L. Keefe (*pro hac vice* pending)
   hkeefe@cooley.com

Mark R. Weinstein  (*pro hac vice* pending)
mweinstein@cooley.com
Jeffrey Nordberg (*pro hace vice* pending)
jnordberg@cooley.com
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:      (650) 857-0663

## CERTIFICATE OF SERVICE

I, Richard S. Sanders, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  For those parties indicated as non-registered participants a paper copy will be sent by facsimile and/or U.S. First Class Mail on November 12, 2009.

  */s/ Richard S. Sanders*
Richard Sanders