UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TELE-PUBLISHING, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 09-11686-DPW |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**TELE-PUBLISHING, INC.'S MOTION TO
<u>EXCLUDE CARL SILVERMAN'S OPINION TESTIMONY</u>**

Pursuant to Federal Rule of Evidence 702, Tele-Publishing, Inc. ("TPI") moves to exclude the opinion and testimony of Carl M. Silverman, which defendants Facebook, Inc. and TheFacebook, LLC (collectively, "Facebook") offer in support of their affirmative defense and counterclaim of inequitable conduct.

In support of this motion, TPI relies on the accompanying memorandum of law filed herewith.

WHEREFORE, TPI respectfully requests that this motion be granted.

TELE-PUBLISHING, INC.,

By its attorneys,

/s/ Rory P. Pheiffer
Daniel J. Gleason (BBO# 194900)
Joseph F. Shea (BBO# 555473)
Heather B. Repicky (BBO# 663347)
Rory P. Pheiffer (BBO# 664950)
Shane P. Early (BBO# 673541)
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: June 5, 2011

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the plaintiff conferred with counsel for the defendants and attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ Rory P. Pheiffer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Rory P. Pheiffer

2018556.1