UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FACEBOOK, INC. and )<br>THEFACEBOOK, LLC, )<br>)<br>Defendants. )<br>) | C.A. No. 09-11686-DPW |

## NOTICE OF BOARD OF PATENT APPEALS AND INTERFERENCES' DECISION ON APPEAL

Plaintiff TELE-PUBLISHING, INC. notifies the Court of the Decision on Appeal in the reexamination of the patent-in-suit, U.S. Patent No. 6,253,216, which was rendered by the Board of Patent Appeals and Interferences (the "Board") on February 23, 2012, attached hereto as Exhibit A.

In filings and argument in this Court, defendants have alluded to the *ex parte* reexamination of the patent-in-suit filed on behalf of Facebook, Inc. on December 22, 2009, and to the Examiner's Final Rejection of claims 1-34. On February 23, 2012, the Board reversed the Examiner's rejection as to each of claims 1-34.

**TELE-PUBLISHING, INC.,**

By its attorneys,

_____
Daniel J. Gleason (BBO# 194900)
Joseph F. Shea (BBO# 555473)
Cynthia M. Guizzetti (BBO# 653858)
Heather B. Repicky (BBO# 663347)
Rory P. Pheiffer (BBO# 664950)
Shane P. Early (BBO# 673541)
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: February 23, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

_____
Rory P. Pheiffer

2086009.1