# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TELE-PUBLISHING, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 09-11686-DPW |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | | |
| Defendants. | | |

## ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
## THIRD AMENDED INITIAL INFRINGEMENT CONTENTIONS

Pursuant to Local Rule 7.2(d) and the terms of the governing Stipulated Protective Order [D.I. 68], Plaintiff Tele-Publishing, Inc. ("TPI") moves this Court for an order permitting it to file under seal its Third Amended Initial Infringement Contentions because they contain information which Defendants claim is sensitive and non-public. In support of this motion, TPI states as follows:

1. TPI's contentions refer to certain files and contain file names that Defendants contend are subject to the governing Stipulated Protective Order.

2. TPI proposes that its Third Amended Initial Infringement Contentions be filed under seal in an envelope to be maintained by the clerk until further Order of this Court.

3. TPI intends to serve a non-public, complete copy of the contentions on Defendants today.

4. Counsel for TPI has consulted with Defendants' counsel regarding the relief requested by this motion. Defendants assent to the relief requested.

5. The granting of this motion is otherwise in the interest of justice.

WHEREFORE, TPI requests that the Court grant this motion and allow TPI to file its Third Amended Initial Infringement Contentions under seal.

|  |  |
|---|---|
|  | TELE-PUBLISHING, INC., |
|  | By its attorneys, |
|  | /s/ Heather B. Repicky |
|  | Ronald E. Cahill (BBO # 638200) |
|  | rcahill@nutter.com |
|  | Heather B. Repicky (BBO# 663347) |
|  | hrepicky@nuttter.com |
|  | Rory P. Pheiffer (BBO# 664950) |
|  | rpheiffer@nutter.com |
|  | Alison C. Casey (BBO# 688253) |
|  | acasey@nutter.com |
|  | NUTTER MCCLENNEN & FISH LLP |
|  | Seaport West |
|  | 155 Seaport Boulevard |
|  | Boston, MA 02210 |
| Dated: October 7, 2016 | (617) 439-2000 |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for TPI conferred with Defendants' counsel, Adam Pivovar, in a good faith attempt to resolve or narrow the issues presented in this motion. Defendants assent to the relief requested in this motion.

/s/ Heather B. Repicky

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participated a identified on the Notice of Electronic Filing.

/s/ Heather B. Repicky

3417310.1